M/D 1

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

Ibrahim Asaad Muhammed Shabazz )
Houston County Jail ) 
_____ )
Full name and prison name of )
Plaintiff(s) )
 )
v. )  CIVIL ACTION NO. 1:07CV756-WKW
 )  (To be supplied by Clerk of U.S. District
Houston County Jail )  Court) Demand Trial Jury
Sheriff Dept. )
_____ )
_____ )
_____ )
_____ )
 )
Name of person(s) who violated your )
constitutional rights. (List the names )
of all the person.) )

RECEIVED
2007 AUG 24 A 9: 55
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

I.   PREVIOUS LAWSUITS
   A.   Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ☐  No ☒

   B.   Have you begun other lawsuits in state or federal court relating to your imprisonment?   YES ☐   NO ☒

   C.   If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

      1.   Parties to this previous lawsuit:

         Plaintiff (s) _____

         _____

         Defendant(s) _____

         _____

      2.   Court (if federal court, name the district; if state court, name the county)

         _____

         _____

3. Docket number _____

4. Name of judge to whom case was assigned _____
_____

5. Disposition (for example: was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT  Houston County Jail

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED  Houston County Jail

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| | NAME | ADDRESS |
|---|---|---|
| 1. | Houston County Jail | 901 E Main St Dothan AL 36301 |
| 2. | Houston County Sheriff Dept | N Oates St Dothan AL 36301 |
| 3. | | |
| 4. | | |
| 5. | | |
| 6. | | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED  June 10th 2007

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE:  Negligence

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

Law Library is outdated, desolate, and has no computer, copier or needed materials. Cannot recieve books or magazines, newspapers. Inmate workers are not paid lawfully by facility. There is no recreational facilities or 1 hour per day in an outdoor/indoor courtyard.

GROUND TWO: Inhumane Conduct

SUPPORTING FACTS: You are given one uniform, no underwear, box, or t-shirt, no classification or intake medical for disease. Known death causing disease and virus carrying inmates are housed in population. Mentally ill as well. Food is not properly portioned for average adult male age 16-40. Overcrowded conditions sometimes leave inmates to sleep on floors with insects for months at a time.

GROUND THREE: Due Process

SUPPORTING FACTS: You do not sign a Miranda Right card. You are not openly given a chance to take statement. No criminal complaint or charge is given to you upon incarceration. No record of inventory is kept for convenience.

VI.     STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

I would like to have the facility updated and reviewed, compensatory damages for the time involved causing mental defamation no less than 500 thousand U.S. dollars no more than 1 million

_____

[signature]
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 8/20/07
            (Date)

[signature]
Signature of plaintiff(s)

Hashim Am Shabazz
901 E. Main St
Dothan AL 36301

Legal Mail

Office of the Clerk of Court
P.O. Box 711
Montgomery, AL 36101

Housing Co. Jail Inmate Mail

Legal Mail

36101+0711-11 B007

02 1M
0004237211
MAILED FROM ZIP CODE 36303
$ 00.75⁰
AUG 23 2007
PITNEY BOWES
UNITED STATES POSTAGE