IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| HASHIM ASAAD-MUHAMMED SHABAZZ, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Case No. 1:07-cv-0756-WKW |
| HOUSTON COUNTY JAIL, *et al.*, ) ) | |
| Defendants. ) | |

## **ORDER**

On August 29, 2007, the Magistrate Judge filed a Recommendation (Doc. # 4) in this case to which a timely objection was filed (Doc. # 5). Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is ORDERED that:

1. The Recommendation (Doc. # 4) is ADOPTED;

2. Plaintiff's 42 U.S.C. § 1983 action is DISMISSED prior to service of process in accordance with 28 U.S.C. § 1915(e)(2)(B)(i);

3. This case is DISMISSED WITH PREJUDICE.

An appropriate judgment will be entered.

Done this 24th day of September 2007.

                                                    /s/  W. Keith Watkins
                                        UNITED STATES DISTRICT JUDGE