UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

Hashim Ashad Muhammed Shabazz
v.                                                            1:07-cv-756-WKW
Houston County Jail et al

Notice Of Appeal

With consideration of the courts, the plaintiff would like to appeal final judgement of W. Keith Washington September 24th 2007

The Order was to dismiss prior to service with prejudice in accordance with 28 U.S.C. 1915(e)(2)(B)(i)

Plaintiff is seeking appeal in accordance with Rule 3.

Notice is hereby given that I Hashim Shabazz hereby appeal to the United States Court of Appeals for the 11th Circuit for the above stated judgement entered on this action on the 9th day of October 2007

This is done 9th day of October 2007

*[signature]* Pro sé
Hashim Shabazz Pro sé

Abshur Shabaz?
401 E Main St
Dothan, Al 36301

Legal Mail

Office of Clerk
P.O. Box 711
Montgomery, Al 36101

Legal Mail

Houston Co. Jail Inmate Mail

UNITED STATES POSTAGE
PITNEY BOWES
02 1M
0004237211  $ 00.41⁰
MAILED FROM ZIPCODE 36303   OCT 10 2007