# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

**DEBRA P. HACKETT**
**TELEPHONE**
CLERK
(334) 954-3610

**January 10, 2008**

Mr. THOMAS K. KAHN, CLERK                    USDCA NO CV-07-W-756-S
UNITED STATES COURT OF APPEALS, ELEVENTH CIRCUIT
56 FORSYTH STREET, NW                        USCA NO  07-14844-C,
ATLANTA, GA   30303
            HASHIM ASAAD-MUHAMMED SHABAZZ VS. HOUSTON COUNTY JAIL, ET AL.

Enclosed are documents regarding an appeal in this matter.  Please acknowledge receipt on the enclosed copy of this letter.

___Certified copy of Notice of Appeal, docket entries.  Judgment and Opinion/Order appealed from enclosed.  If Opinion/Order was oral, please check box. [ ]
___First Notice of Appeal:  Yes,  No   Date(s) of Other Notice_____
Was there a hearing from which a transcript could be made:
___Yes, The Court Reporter(s) is/are
___No                    Date of Hearing(s):_____
THE FOLLOWING MATERIALS WERE SEALED IN THIS COURT (Order encl.):_____
 X  IFP  X  ; and/or APPEALABILITY/CPC is pending in this Court.
Court Appointed Counsel/CJA; ___Yes; ___No;  Copy of Order Enclosed:
___The Appellate docket fee has been paid;  Yes, ___No: _____Date,  Receipt#_____
___Appellant has been  ___GRANTED;___
___DENIED IFP, Copy of Order enclosed.
___Appellant has been  ___GRANTED;___DENIED CPC/APPEALABILITY, Copy of Order enclosed.
___Appeal Bond, ___ Supersedeas Bond
 X   The District Judge or Magistrate Judge appealed from is Hon:  WILLIAM KEITH WATKINS
___This is an appeal from a bankruptcy order; Bankruptcy Judge: _____
___This is a DEATH PENALTY a_____
___ Certified record on appeal consisting of:
          ___Volume(s) of Pleadings,___ Volume(s) of Transcripts,
          ___ SEALED ITEMS, ie. ___ PSI(s)____ ; OTHER____ ; TAPE(s)____
          ___ Exhibits (BINDERS):
           1  Volume (s) of Original Papers

                              Sincerely,

                              DEBRA P. HACKETT, CLERK

                              By:   Yolanda Williams
                                    Deputy Clerk