RECEIVED

2008 FEB 21  A 10: 22

Debra P. Hackett
    Clerk, U.S. District Court
    15 LEE ST STE 206
    MONTGOMERY  AL  36104-4055

---

February 20, 2008

**Appeal Number: 07-14844-C**
Case Style: Hashim Asaad-Muhammed Shabazz v. Houston County
District Court Number:  07-00756 CV-W-S

TO:   Debra P. Hackett

CC:   Administrative File

CC:   Administrative File

# United States Court of Appeals
Eleventh Circuit

56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

February 20, 2008

Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY AL 36104-4055

**Appeal Number: 07-14844-C**
Case Style: Hashim Asaad-Muhammed Shabazz v. Houston County
District Court Number: 07-00756 CV-W-S

The following record materials in the referenced case are returned herewith:

Record on Appeal VOL(S)  1 Volume of Orig Papers

The clerk of the court or agency shown above is requested to acknowledge receipt on the copy of
this letter enclosed to the clerk.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: CaCelia Williams (404) 335-6190

REC-3 (06-2006)