UNITED STATES DISTRICT COURT SOUTHERN
DIVISION MIDDLE DISTRICT OF ALABAMA

Hashim Shabazz
V
Houston County Et al

07-CV-756

RECEIVED
2008 APR 25 A 10:08

## Motion For Relief

Plaintiff is asking for RELIEF from Order passed granting the DISMISSAL of the above stated case for lack of liability upon the listed entity in order to:

1. Change the caption by motion
2. Update the District Court (Honorable) on situation.
3. Further proceeding
4. Lower Demand

Plaintiff humbly ask to Move this Motion for Relief in front honorable Court in order to list the Caption as follows Hashim Shabazz V Houston County. This is Done the 24th Day of April 2008

## Motion to Change Caption

Plaintiff is asking to list caption as follows: Hashim Shabazz
V
Houston County in order to list proper entity eligible for liability in order to proceed further, updating court to present Jail conditions. Please allow Plaintiff to humbly move court in his favor. This is done the 24th day of April 2008

Pro Se
Hashim Shabazz