IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| HASHIM ASAAD-MUHAMMED SHABAZZ, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>HOUSTON COUNTY JAIL, *et al..*, )<br>)<br>Defendants. ) | Case No. 1:07-cv-0756-WKW |

## **ORDER**

On March 6, 2008, the Eleventh Circuit Court of Appeals affirmed (Doc. # 16) this court's order (Doc. # 6) dismissing the plaintiff's case. Therefore, because this case has been dismissed and affirmed on appeal, it is ORDERED that the plaintiff's Motion for Relief (Doc. # 17) is DENIED and the plaintiff's Motion to Change Caption (Doc. # 17) is DENIED.

DONE this 29th day of April, 2008.

/s/  W. Keith Watkins
UNITED STATES DISTRICT JUDGE